UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY TERRELL FOREMAN,

                Plaintiff,

    -against-

EXPERIAN, ET AL.,

                Defendants.

25-cv-8129 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 17, 2025, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 19, 2025
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge